## Bricker Motor Vehicle Operator License Case.

Argued September 18, 1961. Before Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ. (Rhodes, P. J., absent).

*Joy Bricker,* appellant, in propria persona.

*Elmer T. Bolla,* Deputy Attorney General, with him *Anne X. Alpern,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, November 16, 1961:

The order of the court below is affirmed on the opinion of Judge SATTERTHWAITE of the Court of Common Pleas of Bucks County, as reported in 25 Pa. D. & C. 2d 371.

FLOOD, J., dissents.